**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TRENTON ZEISLER, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-440 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MIDWEST TAPE, LLC, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER OF TRANSFER**

---

Plaintiff Trenton Zeisler ("Plaintiff") filed a Complaint against Defendant Midwest Tape, LLC ("Defendant"), on December 18, 2025.  (Doc. No. 1.)  According to 28 U.S.C. § 1391(b), civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant may be found, if there is no district in which the claim may otherwise be brought.  When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).  "[E]ven when venue is proper, a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses and in the interest of justice."  *Ragland v. Corizon Med. Providers Inc.*, No. 2:19-CV-11859, 2019 WL 2716221, at *2 (E.D. Mich. June 28, 2019) (citing 28 U.S.C. § 1404(a)).  Both 28 U.S.C. §§ 1404(a) and 1406(a) allow a district court to transfer a case *sua sponte*.  *Flynn v. Greg Anthony Constr. Co., Inc.*, 95 F. App'x. 726, 738 (6th Cir. 2003).

1

Based on the face of the Complaint Plaintiff and Defendant reside in-or-around Toledo, Ohio, in the jurisdiction of the United States District Court for the Northern District of Ohio, Western Division. (Doc. No. 1 at PageID 2.) Thus, the Court finds that a transfer of this case to the United States District Court for the Northern District of Ohio, Western Division at Toledo, is warranted. *See* 28 U.S.C. § 1406(a); *see also* S.D. Ohio Civ. R. 82.1(b).

Accordingly, pursuant to 28 U.S.C. § 1391(b) and S.D. Ohio Civ. R. 82.1(b), the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Northern District of Ohio, Western Division at Toledo for all further proceedings. Upon transfer to the Toledo seat of Court, the case shall be assigned a new resident Magistrate Judge and District Judge accordingly.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, December 19, 2025.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2