**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| TRENTON ZEISLER, | ) | CASE NO. 3:25-CV-02748 |
| | ) | |
| Plaintiff, | ) | JUDGE: James R. Knepp II |
| | ) | |
| vs. | ) | |
| | ) | |
| MIDWEST TAPE, LLC, | ) | **STIPULATION FOR EXTENSION OF** |
| | ) | **TIME TO MOVE OR OTHERWISE** |
| Defendant. | ) | **PLEAD** |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate and agree that Defendant Midwest Tape, LLC shall have up to and including March 10, 2026 in which to move, answer or otherwise plead in response to Plaintiff Trenton Zeisler's Complaint. This is the first stipulation for extension, and no prior extension has been granted.

/s/ J. Eric Holloway (consent via phone)
J. Eric Holloway
eholloway@willisattorneys.com
Willis Spanger Starling
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026

*Attorneys for Plaintiff*
*Trenton Zeisler*

/s/ Steven E. Seasly
Steven E. Seasly (0070536)
sseasly@hahnlaw.com
Gary D. Baker (#0100383)
gdbaker@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114-2316
Telephone: (216) 621-0150
Fax: (216) 241-2824

*Attorney for Defendant Midwest Tape, LLC*

1

21348895

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, a copy of the foregoing was electronically filed with the Court via ECF. Notice of this filing will be sent to all counsel of record registered with the Court's CM/ECF filing system.

/s/ Steven E. Seasly
*One of the Attorneys for Midwest Tape, LLC*

2

21348895